Louis M. Mattair, M. D. Mattair and J. J. Robinson, Plaintiffs in Error, vs. The State of Florida *ex rel.* Mary E. Mikel, Defendant in Error.

Writ of error to Circuit Court, Suwannee county; John F. White, Judge.

M. E. Broome, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiffs in error.